IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JIMMY ASHLEY                                                                PLAINTIFF

v.                              No. 3:18-cv-225-DPM

USPJ DINING CLUB, INC                                                   DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 12 July 2019 to enforce the parties' settlement.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 May 2019